# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00252-CV

**In re Wendi Mae Davidson**

## ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

## M E M O R A N D U M   O P I N I O N

Wendi Mae Davidson petitions for a writ of mandamus directing the Tom Green County district clerk to file Davidson's petition to modify the parent-child relationship and related motions. A court of appeals has no jurisdiction to issue a writ of mandamus against a district clerk unless necessary to enforce its jurisdiction. Tex. Gov't Code Ann. § 22.221(a) (West 2004); *In re Washington*, 7 S.W.3d 181, 182 Tex. App.—Houston [1st Dist.] 1999, orig. proceeding). Issuance of citation does not implicate this Court's jurisdiction. It does implicate the jurisdiction of the district court, and Davidson may seek relief in that court. *See* Tex. Gov't Code Ann. § 24.011 (West 2004). The petition for writ of mandamus is denied.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Filed: May 26, 2010